# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Bradley Hentschel, Special Agent with the Federal Bureau of Investigation, being duly sworn, depose and state:

1. I am a Special Agent with the FBI, and have been since July 2010. I am currently assigned to the FBI's Anchorage Division, Joint Terrorism Task Force, where I investigate international terrorist organizations and home grown violent extremists (HVEs), to include but not limited to, terrorist operators, fundraisers, facilitators, and individuals and organizations involved in the radicalization and recruitment process. My duties include execution of investigative methods to include interviewing witnesses, victims, and suspects, developing probable cause, conducting arrests and executing searches, handling and processing evidence, and assembling cases for prosecution.

2. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant charging TYLER CHANCE BATEMAN with violations of Title 18, United States Code, Section 875(c): Threatening Interstate Communications, which states: Whoever transmits in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another, shall be fined under this title or imprisoned not more than five years, or both.

3. The facts set forth in this affidavit are based on my personal knowledge; knowledge obtained from other individuals, including other law enforcement officers; interviews of persons with knowledge of the crimes; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience. Because this affidavit is submitted for the limited purposes of establishing probable cause to support a Complaint and securing an arrest

FEB 2 8 2018

warrant, I have not included each and every fact known to me during this investigation. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and attached Complaint.

## STATEMENT OF FACTS

4. On or about December 6, 2017, an Anchorage Police Department (APD) officer (referred to herein as APD Officer #1) contacted and served a protective order on TYLER BATEMAN. BATEMAN then conducted a public records search for information about APD Officer #1 and learned where APD Officer #1 and the officer's spouse live. BATEMAN conducted another online search and located the Facebook page of APD Officer #1's spouse. BATEMAN sent a private message to APD Officer #1's spouse, stating he knew where APD Officer #1 and the spouse lived.

5. APD officers then contacted BATEMAN in person, at which time BATEMAN admitted to contacting APD Officer #1's spouse. BATEMAN also admitted to taking similar action to contact a State of Alaska Court System Magistrate Judge. At the time APD officers contacted BATEMAN, they advised his actions to contact APD Officer #1's spouse was seen as a threat against the officer and the officer's family, and that the threats would not be tolerated.

6. On February 26, 2018, at approximately 8:25AM, Witness #1 began receiving messages in the cellular phone application TextNow from user account TYLERB8MAN, which Witness #1 believed to be from BATEMAN. In the messages, BATEMAN stated, "If I decide to walk in to fasteners with an AR-15.. You won't ever stop me. Pipe bombs. Gas grenades. Flash bangs. All that. You think it's just talk. I don't want to see or hear from you ever again." Witness #1 believed "fasteners" from the text message referred to

FEB 2 8 2018

Fasteners and Fire Equipment, Incorporated (FFEI), believed to be BATEMAN's former employer and owned by BATEMAN's grandfather.

7. The following are excerpts of BATEMAN's text messages:

> **tylerb8man: You can lock me up in a looney bin or whatever.**
>
> **tylerb8man: If I decide to walk into Fasteners with an AR15.. You won't ever stop me.**
>
> **tylerb8man: Pipe bombs. Gas grenades. Flash bangs. All that.**
>
> **tylerb8man: You think it's just talk.**

8. On February 26, 2018, at approximately 3:34PM, Facebook user account TY.BATEMAN.79 contacted the Anchorage Police Department Facebook page via private message. The first message stated, "I'm going to kill [a specific police officer identified by name in the Facebook message, but referred to herein as APD Officer #2] and several other people." APD Officer #2 is an APD officer assigned to traffic in the area of Eagle River, Alaska, and has a personal relationship with at least one member of BATEMAN's family. Facebook user account TY.BATEMAN.79 continued: "I am going to poison them with ricin"; "And I am going to walk into a building with an AR15"; "I am going to hurt a lot of people"; "I am going to hurt a lot of dirty cops and their families"; "You won't stop me."

FEB 2 8 2018

9. The following image was provided by APD and then partially redacted:



10. On February 26, 2018, I reviewed the publicly-available portion of Facebook user account TY.BATEMAN.79. The profile photograph for this user account appears to be the same person as depicted in a State of Alaska Department of Public Safety record for TYLER CHANCE BATEMAN, date of birth May 25, 1990.

11. On February 26, 2018, I reviewed the publicly-available user profile of TYLERB8MAN on Internet dating site POF.com (Plenty of Fish). The status of the user profile stated, "AK to NYC one way. Need Help". The "About Tyler" section of the profile states, "I just bought a one way ticket to NYC the other morning. Packed a bag full of clothes. And I am on my way now. I could use friends, a job, a place to sleep for four or six hours, a shower, and food. I got like $300. Idk wtf I am going to do. But I need to do it." The "Conversation Starters (i.e. what you'd like to do on a first date…)" section states, "Help. SOS."

FEB 2 8 2018

12. TracFone subscriber information associated with telephone number (907) 570-2609 returned e-mail address TYLERB8MAN@GMAIL.COM and date of birth May 25, 1990, the same date of birth on record for TYLER CHANCE BATEMAN. Subscriber information did not yield a name, address, or any other identifying information. Additionally, TracFone records indicated this account was deactivated on February 25, 2018. Although the cellular subscription for the account associated with this telephone number was deactivated, the device may still be used to communicate using the Internet via Wi-Fi connection.

13. On February 27, 2018, AT&T provided geolocation data for the device registered to telephone number (907) 570-2609. This information indicated the device was located in New York City, New York.

## CONCLUSION

14. WHEREFORE, deponent respectfully requests that the Court find probable cause that TYLER CHANCE BATEMAN violated Title 18, United States Code, Section 875(c), and issue a warrant authorizing members of the Federal Bureau of Investigation, and other law enforcement officers assisting, to arrest TYLER CHANCE BATEMAN therefore.

Respectfully submitted

**Signature Redacted**

Bradley Hentschel
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 28 day of Feb, 2018.

/S/ DEBORAH M. SMITH
CHIEF U.S. MAGISTRATE JUDGE
SIGNATURE REDACTED
United States Magistrate Judge



FEB 2 8 2018